IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN WILLIAM SCHARNHORST, III                                                PLAINTIFF

v.                              Civil No. 5:22-CV-05176

CHIEF DEPUTY JAY CANTRELL, Washington County
Detention Center (WCDC); MAJOR RANDALL DENZER,
WCDC; CORPORAL TOM MULVANEY, WCDC;
CORPORAL SAM CAUDLE, WCDC; DEPUTY TYLER BECK,
WCDC; DEPUTY PHIPPS, WCDC; DEPUTY RAINES, WCDC;
SERGEANT WELCHEL, WCDC; CORPORAL CARPENTER, WCDC;
DEPUTY MISENHIMER, WCDC; DEPUTY SELF, WCDC;
CORPORAL DOMINIC NUNZIATO, WCDC;
DEPUTY LEEN, WCDC; DEPUTY REDMOND, WCDC;
DEPUTY FRYE, WCDC; DEPUTY EDGE, WCDC;
CORPORAL KRADDUCK, WCDC; and
DEPUTY NUNZIATO (FIRST NAME UNKNOWN), WCDC;
SGT. PINEDA                                                                  DEFENDANTS

**ORDER**

*Pro se* Plaintiff John William Scharnhorst, III filed the above-captioned civil rights action under 42 U.S.C. § 1983, alleging the Defendants are endangering his health by failing to comply with COVID-19 protocols at the Washington County Detention Center (WCDC) in violation of his constitutional rights. (ECF No. 7). This matter is now before the Court on the following: (1) Plaintiff's Motion for Copies (ECF No. 22); and (2) Deputy Nunziato's failure to timely Answer the Complaint.[1]

---

[1] Plaintiff also filed a Motion for a Temporary Restraining Order, (ECF No. 23), which will be addressed separately.

1

## I. BACKGROUND

On September 23, 2022, this Court issued an order directing the U.S. Marshals Service to serve a copy of Plaintiff's amended complaint on the defendants. (ECF No. 13). On October 14, 2022, summonses were returned as executed on defendants: Deputy Tyler Beck, Chief Deputy Jay Cantrell, Corporal Carpenter, Corporal Sam Caudle, Major Randall Denzer, Deputy Edge, Deputy Frye, Corporal Kradduck, Deputy Misenhimer, Corporal Tom Mulvaney, Deputy Nunziato, Corporal Dominic Nunziato, Deputy Phipps, Sgt. Pineda, Deputy Raines, Deputy Redmond, Deputy Self, and Sgt. Welchel. (ECF No. 19). The summons was returned as executed on Deputy Leen on October 13, 2022. (ECF No. 19). The Court received an Answer from Defendants Deputy Tyler Beck, Chief Deputy Jay Cantrell, Corporal Carpenter, Corporal Sam Caudle, Major Randall Denzer, Deputy Edge, Deputy Frye, Corporal Kradduck, Corporal Tom Mulvaney, Corporal Dominic Nunziato, Deputy Phipps, Sgt. Pineda, Deputy Raines, and Deputy Redmond on October 28, 2022, (ECF No. 20), and an Answer from Defendant Deputy Leen on November 3, 2022, (ECF No. 21). Time to respond has now passed but the Court has not yet received an Answer from Defendant Deputy Nunziato.

## II. LEGAL ANALYSIS

### A. Order to Show Cause

Court records show that Deputy Nunziato was served with a copy of the complaint on October 14, 2022, (ECF No. 20), making a responsive pleading due on November 4, 2022. Court records show that Deputy Nunziato has neither filed an Answer nor otherwise communicated with this Court. In so concluding, the Court observes that Plaintiff identifies two people with the name of "Nunziato" as defendants: Corporal Dominic Nunziato and Deputy Nunziato, no first name

provided. If Corporal Dominic Nunziato and Deputy Nunziato are the same person, Corporal Dominic Nunziato is directed to so advise the Court within 30 days of the date of this order. Otherwise, Deputy Nunziato is ordered to show cause within 30 days of the date of this order why he should not be found in default pursuant to Rule 55 of the Federal Rules of Civil Procedure for failure to answer Plaintiff's Amended Complaint.

**B.     Motion for Copies**

Plaintiff's Motion for Copies (ECF No. 22) alleges he has not received copies or notice of certain documents, listing all the document numbers and identifying which documents are at issue. Specifically, Plaintiff claims he either did not receive a copy or notice (or both) of the following documents: ECF No. 4, Magistrate Notice/Consent form; ECF No. 7, Amended Complaint; ECF No. 8, Motion for Leave to Proceed in forma pauperis; ECF No. 9, Motion for Injunctive Relief; ECF No. 14, Motion for Emergency Injunction; ECF No. 15, Summons Issued; ECF No. 17, Objection to Report and Recommendations; ECF No. 18, Order Adopting Report and Recommendation.

As a preliminary matter, this Court notes that the Clerk's office does not mail litigants copies of their own filings. That said, this Court **GRANTS** Plaintiff's motion for copies of documents at issue, specifically: ECF No. 4; ECF No. 7, ECF No. 8, ECF No. 9, ECF No. 14, ECF No. 15, ECF No. 17, ECF No. 18. The Court directs the Clerk to send Plaintiff copies of those documents along with a copy of the docket sheet. Going forward, Plaintiff is cautioned to direct any such requests to the Court and avoid making multiple requests for copies of the same documents. Plaintiff is encouraged to maintain his own file, including copies of his own filings.

## I.    CONCLUSION

For the reasons outlined above, the Court orders as follows:

(1)    Within 30 days of the date of this Order, Corporal Dominic Nunziato is directed to so advise the Court whether he is one and the same as Deputy Nunziato identified in Plaintiff's Amended Complaint;

(2)    In the event Deputy Nunziato is distinct from Corporal Nunziato, Deputy Nunziato is ordered to show cause, within 30 days of the date of this Order, why he should not be found in default for failing to file an Answer to the Amended Complaint; and

(3)    Plaintiff's Motion for Copies (ECF No. 22) is **GRANTED** as provided herein.

**IT IS SO ORDERED** this 14th day of November 2022.

*Christy Comstock*
_____
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE