IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN WILLIAM SCHARNHORST III                  PLAINTIFF

No 5:22-CV-5176

CHIEF DEPUTY JAY CANTRELL ET AL              DEFENDANTS

## MOTION TO JOIN OTHER PARTIES

COMES NOW PLAINTIFF JOHN SCHARNHORST REQUESTING THE JOINING OF THE FOLLOWING ADDITIONAL PLAINTIFFS TO THIS CASE:

1) CODY KRAWETZKE
2) DOMINIC HEAL
3) PAUL WISDOM
4) TOMMY MAPLES
5) JOHN LUCERO
6) CAYMEN MOORE
7) JAY BADDERS
8) MICHAEL WINBERRY
9) GABRIEL SALGADO
10) JOHN JERRELL
11) CHAD DOUTHITT
12) ANGEL MORENO
13) TRISTAN MOBLEY
14) ROGER ZAMORA
15) ERIC RAYA
16) TROY FRANKLIN
17) GERMAIN SHARPE
18) DAVID JONES
19) DARRICK DEE PHILLIPS
20) FRANCISCO VERGARA

ALONG WITH PLAINTIFF JOHN SCHARNHORST, ALL OF THE ABOVE MENTIONED PERSONS WERE HOUSED IN R-BLOCK OF THE WASHINGTON COUNTY DETENTION CENTER, CONTRACTED COVID-19 DUE TO THE WILLFUL REFUSAL BY SHERIFFS DEPUTIES TO WEAR MASKS AND COMPLY WITH COVID PREVENTION MEASURES, BECAME ILL, AND WERE DIAGNOSED WITH COVID-19 BY DR KARAS PERSONNELL ON OR ABOUT JANUARY 20, 2022.

PLAINTIFF SEEKS CLASS ACTION STATUS AND REQUESTS COURT APPOINTED COUNSEL TO REPRESENT ALL OF THE ABOVE NAMED PLAINTIFFS

RESPECTFULLY SUBMITTED

JOHN W SCHARNHORST III

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON DECEMBER 25, 2022 COPIES OF THE FOREGOING WERE SUBMITTED TO THE COURT CLERK FOR FILING, AND TO JANAN ARNOLD THOMAS AT 1415 W 3RD ST. LITTLE ROCK AR 72201 VIA US POSTAL SERVICE FIRST CLASS MAIL.

*JOHN W SCHARNHORST III*

2

22-7057 JOHN SCHARNHORST
1155 W CLYDESDALE DR
FAYETTEVILLE AR 72701

*PRIVILEGED*
5:22-CV-5138
5:22-CV-5167
5:22-CV-5176

Received WD/AR
DEC 29 2022
U.S. Clerk's Office

UNITED STATES DISTRICT COURT
35 E MOUNTAIN ROOM 510
FAYETTEVILLE AR 72701



WCSO
Detention Facility Mail
0418 - JAIL

7270185953 C005