IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN WILLIAM SCHARNHORST, III                                         PLAINTIFF

V.                              CASE NO. 5:22-CV-5176

CHIEF DEPUTY JAY CANTRELL; MAJOR RANDALL DENZER;
CPL. TOM MULVANEY; CPL. SAM CAUDLE;
DEPUTY TYLER BECK; DEPUTY ROBBIE PHIPPS;
DEPUTY RAINES; SGT. WELCHEL; CPL. PRESTON CARPENTER;
DEPUTY ZACHARY MISENHEIMER; DEPUTY COLE SELF;
CPL. DOMINIC NUNZIATO; DEPUTY MITCHELL REDMOND;
DEPUTY ERIC FRYE; DEPUTY LOGAN EDGE;
CPL. LANDON CRADDUCK; DEPUTY GABRIEL NUNZIATO;
SGT. CARLOS PINEDA; and JAMES LEEN                                   DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 32) filed in this case on December 14, 2022, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. New assertions of mistreatment or retaliation that are entirely different from the claims raised in a complaint cannot provide the basis for a temporary restraining order. *See Devose v. Herrington*, 42 F.3d 470, 471 (8th Cir. 1994) (per curiam). Plaintiff's Motion for Temporary Restraining Order (Doc. 23) is therefore **DENIED**.

**IT IS SO ORDERED** on this 4th day of January, 2023.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE