IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN WILLIAM SCHARNHORST, III                                              PLAINTIFF

V.                              CASE NO. 5:22-CV-5176

CHIEF DEPUTY JAY CANTRELL, et al.                                         DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 42) filed in this case on March 2, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.   More than 14 days have passed, and no party has filed objections to the R&R.

**IT IS THEREFORE ORDERED** that the R&R (Doc. 42) is **ADOPTED IN FULL**, and the Motion to Join Parties (Doc. 33) is **DENIED**.

**IT IS SO ORDERED** on this 21st day of March, 2023.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE