IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOHN WILLIAM SCHARNHORST, III**                                             **PLAINTIFF**

V.                                       **CASE NO. 5:22-CV-5176**

**CHIEF DEPUTY JAY CANTRELL, et al.**                                         **DEFENDANTS**

**ORDER**

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 61) filed in this case on July 17, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.   More than 14 days have passed, and no party has filed objections to the R&R.

**IT IS THEREFORE ORDERED** that the R&R (Doc. 61) is **ADOPTED IN FULL**, and Plaintiff's Motion for Injunctive Relief (Doc. 60) is **DENIED**.

**IT IS SO ORDERED** on this 4th day of August, 2023.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE