# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**JOHN WILLIAM SCHARNHORST, III**                                                                **PLAINTIFF**

**V.**                                       **CASE NO. 5:22-CV-5176**

**CHIEF DEPUTY JAY CANTRELL, et al.**                                                     **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 73) filed in this case on October 10, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.   More than 14 days have passed, and no party has filed objections to the R&R.

**IT IS THEREFORE ORDERED** that the R&R (Doc. 73) is **ADOPTED IN FULL**, and Defendants' Motion for Summary Judgment (Doc. 48) is **GRANTED**.   This case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 30th day of October, 2023.

>        */s/ Timothy L. Brooks*
>        TIMOTHY L. BROOKS
>        UNITED STATES DISTRICT JUDGE